UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE:                              *      CASE NO.  21-58358

SHANICE KIERRA THOMAS,              *      CHAPTER: 7

                                    *      JUDGE:

                                    *

            DEBTOR                   *

STATEMENT CONCERNING PAYMENT ADVICES AND INCOME
PURSUANT TO 11 USC § 521

        I the above named Debtor show that the attached Exhibit A consisting of

_4__ pages, show all payment advices from any employer that I have for the 60

days before the date of the filing of the petition.

        Please see Schedule I filed in this case for monthly net income and how it

was calculated.

        I do not reasonably anticipate an increase in income or expenditures over

the 12 month period following the date of the filing of the petition, except as

follows:  NONE_____

_____

_____

        I declare under penalty of perjury that the facts contained in the foregoing

statement are true and correct to the best of my/our knowledge, information and

belief.

        This __16th__ day of ___November___, 2021.


                                    /s/ Shanice Kierra Thomas____
                                    Debtor

**Worksite Employer:** PERFORMANCE IN LIGHTING USA, INC. - 2621 Keys Pointe Conyers GA 30013 Ph:770-822-2115    **Ein#**-58-2497656

**PEO Name:** AK EMPLOYER SERVICES, LLC - 6750 Poplar Avenue, Suite 400 Memphis TN 38138

| Employee Name | | Client Number | Employee Id | SSN | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shanice K Thomas | | 9203 | 45 | xxx-xx-7100 | 09/17/2021 | 9733950 |

| | Gross Pay | Tips / Non Pay | Taxes | Deductions | Net Pay | Dir Deposit | Chk Amt | Fed Taxable |
|---|---|---|---|---|---|---|---|---|
| This Check | $1,078.00 | $0.00 | $92.29 | $178.05 | $807.66 | $807.66 | $0.00 | $901.58 |
| YTD | $18,918.51 | $0.00 | $1,668.09 | $3,012.20 | $14,238.22 | $14,238.22 | $0.00 | $15,935.65 |

**Fed:** O-$0.00    **St:** GA-H-01-01    **WG/HR Exempt:** No    **Pay Period:** 08/30/2021 - 09/12/2021

| Earnings | Hours | Rate | Amount | YTD Amt | Deduction | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Hours | 69.000 | $14.00 | $966.00 | $15,766.25 | Federal Tax | $0.00 | $75.00 |
| Overtime | | | | $39.01 | Social Security | $58.57 | $1,024.18 |
| Retroactive Flat Amount | | | | $31.75 | Medicare | $13.70 | $239.52 |
| Holiday-Hourly | 8.000 | $14.00 | $112.00 | $684.00 | GA-State Tax | $20.02 | $329.39 |
| Vacation-Hourly | | | | $1,924.00 | UHC P100030 PT | $90.60 | $1,630.80 |
| Personal Time Off-Hourly | | | | $260.00 | Delta Dental HI PT | $16.42 | $295.56 |
| FFCRA SICK Full Rate | | | | $213.50 | UNUM AD&D Employee AT | $0.56 | $10.08 |
| | | | | | UNUM AD&D Employee PT | $0.44 | $7.92 |
| **Employer Contributions** | | **Amount** | **YTD Amt** | | UNUM Vol Life Employee AT | $1.07 | $19.26 |
| EAP Admin Fee | | $0.00 | $18.00 | | UNUM Vol Life Employee PT | $0.84 | $15.12 |
| EFLEX Admin Fee | | $0.00 | $45.50 | | EFLEX FSA Medical | $0.00 | $350.00 |
| Hartford ER PD LTD AT | | $2.23 | $40.14 | | Pinnacle FSA Medical | $25.00 | $100.00 |
| Hartford ER PD Life AT | | $2.96 | $53.28 | | Client-SIMPLE IRA | $43.12 | $583.46 |
| Hartford ER PD STD AT | | $5.48 | $98.64 | | | | |
| Pinnacle Admin Fee | | $0.00 | $13.00 | **Direct Deposit** | **Acct #** | **Amount** | |
| UHC P100030 PT | | $271.78 | $4,892.04 | | ****00533 | $807.66 | |

| **Worksite Employer:** | PERFORMANCE IN LIGHTING USA, INC. - 2621 Keys Pointe Conyers GA 30013 Ph:770-822-2115 | | | | | **Ein#**-58-2497656 | | |
|---|---|---|---|---|---|---|---|---|
| **PEO Name:** | AK EMPLOYER SERVICES, LLC - 6750 Poplar Avenue, Suite 400 Memphis TN 38138 | | | | | | | |

| Employee Name | | | Client Number | Employee Id | SSN | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|---|
| Shanice K Thomas | | | 9203 | 45 | xxx-xx-7100 | 10/01/2021 | 9736926 | |

| Gross Pay | | Tips / Non Pay | Taxes | Deductions | Net Pay | Dir Deposit | Chk Amt | Fed Taxable |
|---|---|---|---|---|---|---|---|---|
| **This Check** | $917.00 | $0.00 | $71.34 | $171.61 | $674.05 | $674.05 | $0.00 | $747.02 |
| **YTD** | $19,835.51 | $0.00 | $1,739.43 | $3,183.81 | $14,912.27 | $14,912.27 | $0.00 | $16,682.67 |

**Fed:** O-$0.00    **St:** GA-H-01-01    **WG/HR Exempt:** No    **Pay Period:** 09/13/2021 - 09/26/2021

| Earnings | Hours | Rate | Amount | YTD Amt | Deduction | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Hours | 65.500 | $14.00 | $917.00 | $16,683.25 | Federal Tax | $0.00 | $75.00 |
| Overtime | | | | $39.01 | Social Security | $48.59 | $1,072.77 |
| Retroactive Flat Amount | | | | $31.75 | Medicare | $11.36 | $250.88 |
| Holiday-Hourly | | | | $684.00 | GA-State Tax | $11.39 | $340.78 |
| Vacation-Hourly | | | | $1,924.00 | UHC P100030 PT | $90.60 | $1,721.40 |
| Personal Time Off-Hourly | | | | $260.00 | Delta Dental HI PT | $16.42 | $311.98 |
| FFCRA SICK Full Rate | | | | $213.50 | UNUM AD&D Employee AT | $0.56 | $10.64 |
| | | | | | UNUM AD&D Employee PT | $0.44 | $8.36 |
| **Employer Contributions** | | **Amount** | **YTD Amt** | | UNUM Vol Life Employee AT | $1.07 | $20.33 |
| EAP Admin Fee | | $2.00 | $20.00 | | UNUM Vol Life Employee PT | $0.84 | $15.96 |
| EFLEX Admin Fee | | $0.00 | $45.50 | | EFLEX FSA Medical | $0.00 | $350.00 |
| Hartford ER PD LTD AT | | $2.23 | $42.37 | | Pinnacle FSA Medical | $25.00 | $125.00 |
| Hartford ER PD Life AT | | $2.96 | $56.24 | | Client-SIMPLE IRA | $36.68 | $620.14 |
| Hartford ER PD STD AT | | $5.48 | $104.12 | | | | |
| Pinnacle Admin Fee | | $6.50 | $19.50 | **Direct Deposit** | | **Acct #** | **Amount** |
| UHC P100030 PT | | $271.78 | $5,163.82 | | | ****00533 | $674.05 |

| **Worksite Employer:** | PERFORMANCE IN LIGHTING USA, INC. - 2621 Keys Pointe Conyers GA 30013 Ph:770-822-2115 | | | | | **Ein#**-58-2497656 | |

| **PEO Name:** | AK EMPLOYER SERVICES, LLC - 6750 Poplar Avenue, Suite 400 Memphis TN 38138 | | | | | | |

| Employee Name | | | Client Number | Employee Id | SSN | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shanice K Thomas | | | 9203 | 45 | xxx-xx-7100 | 10/15/2021 | 9740955 |

| | Gross Pay | Tips / Non Pay | Taxes | Deductions | Net Pay | Dir Deposit | Chk Amt | Fed Taxable |
|---|---|---|---|---|---|---|---|---|
| This Check | $990.50 | $0.00 | $79.74 | $182.27 | $728.49 | $728.49 | $0.00 | $809.86 |
| YTD | $20,826.01 | $0.00 | $1,819.17 | $3,366.08 | $15,640.76 | $15,640.76 | $0.00 | $17,492.53 |

| **Fed:** O-$0.00 | **St:** GA-H-01-01 | | **WG/HR Exempt:** No | | **Pay Period:** 09/27/2021 - 10/10/2021 | |

| Earnings | Hours | Rate | Amount | YTD Amt | Deduction | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Hours | 70.750 | $14.00 | $990.50 | $17,673.75 | Federal Tax | $0.00 | $75.00 |
| Overtime | | | | $39.01 | Social Security | $52.67 | $1,125.44 |
| Retroactive Flat Amount | | | | $31.75 | Medicare | $12.32 | $263.20 |
| Holiday-Hourly | | | | $684.00 | GA-State Tax | $14.75 | $355.53 |
| Vacation-Hourly | | | | $1,924.00 | UHC P100030 PT | $98.32 | $1,819.72 |
| Personal Time Off-Hourly | | | | $260.00 | Delta Dental HI PT | $16.42 | $328.40 |
| FFCRA SICK Full Rate | | | | $213.50 | UNUM AD&D Employee AT | $0.56 | $11.20 |
| | | | | | UNUM AD&D Employee PT | $0.44 | $8.80 |
| **Employer Contributions** | | | Amount | YTD Amt | UNUM Vol Life Employee AT | $1.07 | $21.40 |
| EAP Admin Fee | | | $0.00 | $20.00 | UNUM Vol Life Employee PT | $0.84 | $16.80 |
| EFLEX Admin Fee | | | $0.00 | $45.50 | EFLEX FSA Medical | $0.00 | $350.00 |
| Hartford ER PD LTD AT | | | $2.23 | $44.60 | Pinnacle FSA Medical | $25.00 | $150.00 |
| Hartford ER PD Life AT | | | $2.96 | $59.20 | Client-SIMPLE IRA | $39.62 | $659.76 |
| Hartford ER PD STD AT | | | $5.48 | $109.60 | | | |
| Pinnacle Admin Fee | | | $0.00 | $19.50 | **Direct Deposit** | **Acct #** | **Amount** |
| UHC P100030 PT | | | $294.97 | $5,458.79 | | ****00533 | $728.49 |

3/4

**Worksite Employer:** PERFORMANCE IN LIGHTING USA, INC. - 2621 Keys Pointe Conyers GA
30013 Ph:770-822-2115                                      **Ein#**-58-2497656

**PEO Name:**          AK EMPLOYER SERVICES, LLC - 6750 Poplar Avenue, Suite 400 Memphis TN 38138

| Employee Name | | Client Number | Employee Id | SSN | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shanice K Thomas | | 9203 | 45 | xxx-xx-7100 | 10/29/2021 | 9744086 |

| | Gross Pay | Tips / Non Pay | Taxes | Deductions | Net Pay | Dir Deposit | Chk Amt | Fed Taxable |
|---|---|---|---|---|---|---|---|---|
| This Check | $406.00 | $0.00 | $31.06 | $16.24 | $358.70 | $358.70 | $0.00 | $389.76 |
| YTD | $21,232.01 | $0.00 | $1,850.23 | $3,382.32 | $15,999.46 | $15,999.46 | $0.00 | $17,882.29 |

**Fed:** O-$0.00     **St:** GA-H-01-01          **WG/HR Exempt:** No          **Pay Period:** 10/11/2021 - 10/24/2021

| Earnings | Hours | Rate | Amount | YTD Amt | Deduction | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Hours | 29.000 | $14.00 | $406.00 | $18,079.75 | Federal Tax | $0.00 | $75.00 |
| Overtime | | | | $39.01 | Social Security | $25.17 | $1,150.61 |
| Retroactive Flat Amount | | | | $31.75 | Medicare | $5.89 | $269.09 |
| Holiday-Hourly | | | | $684.00 | GA-State Tax | $0.00 | $355.53 |
| Vacation-Hourly | | | | $1,924.00 | UHC P100030 PT | $0.00 | $1,819.72 |
| Personal Time Off-Hourly | | | | $260.00 | Delta Dental HI PT | $0.00 | $328.40 |
| FFCRA SICK Full Rate | | | | $213.50 | UNUM AD&D Employee AT | $0.00 | $11.20 |
| | | | | | UNUM AD&D Employee PT | $0.00 | $8.80 |
| **Employer Contributions** | | **Amount** | **YTD Amt** | | UNUM Vol Life Employee AT | $0.00 | $21.40 |
| EAP Admin Fee | | $0.00 | $20.00 | | UNUM Vol Life Employee PT | $0.00 | $16.80 |
| EFLEX Admin Fee | | $0.00 | $45.50 | | EFLEX FSA Medical | $0.00 | $350.00 |
| Hartford ER PD LTD AT | | $0.00 | $44.60 | | Pinnacle FSA Medical | $0.00 | $150.00 |
| Hartford ER PD Life AT | | $0.00 | $59.20 | | Client-SIMPLE IRA | $16.24 | $676.00 |
| Hartford ER PD STD AT | | $0.00 | $109.60 | | | | |
| Pinnacle Admin Fee | | $0.00 | $19.50 | | **Direct Deposit** | **Acct #** | **Amount** |
| UHC P100030 PT | | $0.00 | $5,458.79 | | UHC P100030 PT | ****00533 | $358.70 |